UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                 :

UNITED STATES OF AMERICA           :

                                 :          **VERDICT SHEET**

   - v -                            :

                                 :          18 Cr. 16 (RJS)

AKAYED ULLAH,                :

                                 :

            Defendant.       :

                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Please follow the instructions below to answer the questions in this form by indicating your responses with a check mark (✓).

*All answers must be unanimous*

## COUNT ONE

1.  As to Count One, which charges the Defendant with the provision of material support and resources to a designated foreign terrorist organization, how do you find the Defendant, Akayed Ullah?

                   GUILTY _____         NOT GUILTY _____

*Proceed to Question Two.*

## COUNT TWO

2.  As to Count Two, which charges the Defendant with the use of a weapon of mass destruction, how do you find the Defendant, Akayed Ullah?

                   GUILTY _____         NOT GUILTY _____

*Proceed to Question ~~5~~3.*

## COUNT THREE

3.  As to Count Three, which charges the Defendant with bombing a place of public use and a public transportation system, how do you find the Defendant, Akayed Ullah?

                   GUILTY _____         NOT GUILTY _____

*Proceed to Question 4.*

## COUNT FOUR

4. As to Count Four, which charges the Defendant with the destruction of property by means of explosive, how do you find the Defendant, Akayed Ullah?

GUILTY _____          NOT GUILTY _____

*Proceed to Question 5.*

## COUNT FIVE

5. As to Count Five, which charges the Defendant with a terrorist attack against a mass transportation system, how do you find the Defendant, Akayed Ullah?

GUILTY _____          NOT GUILTY _____

*If you answered "guilty" to Question 5, please proceed to Question 6.  If you answered "not guilty," skip Questions 6, 7, 8, and 9, and proceed directly to Question 10.*

6. If you answered "guilty" to Question 5, indicate whether you unanimously agree that the government proved beyond a reasonable doubt that the Defendant placed a ~~destructive substance or~~ destructive device in, upon, or near ~~railroad on-track equipment or~~ a mass transportation vehicle with intent to endanger the safety of any person, or with a reckless disregard for the safety of human life.

YES _____          NO _____

*If you answered "yes" to Question 6, please proceed to Question 7.  If you answered "no," skip Question 7 and proceed directly to Question 8.*

7. *If and only if* you answered "yes" to Question 6, please indicate whether the government proved beyond a reasonable doubt that the defendant knowingly placed the device in, upon, or near a ~~passenger train~~ mass transportation vehicle which was carrying a passenger or employee at the time of the offense.

YES _____          NO _____

*If you answered "guilty" to Question 5, please proceed to Question 8 (irrespective of your answers to Questions 6 and 7).  If you answered "not guilty" to Question 5, proceed directly to Question 10.*

8. If you answered "guilty" to Question 5, indicate whether you unanimously agree that the government proved beyond a reasonable doubt that Mr. Ullah committed an act, including the use of a dangerous weapon, with the intent to cause death or serious bodily

injury to any person who ~~is~~ was in a terminal, structure, track, tunnel, station, or facility used in the operation of, or in support of the operation of, a mass transportation vehicle

YES _____          NO _____

*If you answered "yes" to Question 8, please proceed to Question 9.  If you answered "no," skip Question 9 and proceed to Question 10.*

9.  *If and only if* you answered "yes" to Question 8, please indicate whether the government proved beyond a reasonable doubt that the mass transportation vehicle or vehicles supported by the terminal, structure, track, tunnel, station, or facility where the device was set off was or were carrying at least one passenger or employee at the time of the offense.  ~~the defendant knowingly placed the device in, upon, or near a passenger train which was carrying a passenger or employee at the time of the offense.~~

YES _____          NO _____

*Proceed to Question 10.*

## COUNT SIX

10. As to Count Six, which charges the Defendant with the use of a destructive device during and in furtherance of a crime of violence, how do you find the defendant, Akayed Ullah?

GUILTY _____          NOT GUILTY _____

11. *If and only if* you found the defendant guilty of the offense charged in Count Six, please indicate whether you found the defendant guilty during and in furtherance of Count One, Count Two, Count Three, Count Four, and/or Count Five.

     a.   COUNT ONE _____
        (Provision of Material Support and Resources to a Designated Foreign Terrorist Organization) _____

     b.   COUNT TWO _____
        (Use of a Weapon of Mass Destruction)

     c.   COUNT THREE _____
        (Bombing a Place of Public Use and a Public Transportation System)

     d.   COUNT FOUR _____
        (Destruction of Property By Means of Explosive)

     e.   COUNT FIVE _____
        (Terrorist Attack Against Mass Transportation Systems)

*Your deliberations are complete.  The Foreperson should sign and date the verdict sheet and return it to the Court Security Officer.*

_____          _____

FOREPERSON                                    DATE

4