UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

  - v -

VIRGINIA BLANCO,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**VERDICT SHEET**

S4 16 Cr. 408 (CS)

Please indicate each of your verdicts with a check mark:

**<u>COUNT ONE</u>:**      **Bank Robbery Conspiracy**

Please indicate your verdict on Count One.

                NOT GUILTY _____     GUILTY _____

**<u>COUNT TWO</u>:**      **Bank Robbery**

Please indicate your verdict on Count Two.

                NOT GUILTY _____     GUILTY _____

**<u>COUNT THREE</u>:**    **Firearms Offense Relating to Counts One and Two**

Please indicate your verdict on Count Three.

                NOT GUILTY _____     GUILTY _____

If and only if you found the Defendant guilty of the offense charged in Count Three, please indicate whether you found the Defendant guilty in relation to the bank robbery conspiracy charged in Count One, the bank robbery charged in Count Two, or both.

COUNT ONE _____       COUNT TWO _____  BOTH _____

If and only if you found the Defendant guilty of the offense charged in Count Three, please indicate whether you found that the firearm was discharged.

DISCHARGE:      YES _____      NO _____

_____           _____

FOREPERSON                            DATE