# Exhibit A: Victim Impact Statements

March 30, 2021
David K. Wall

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
U.S. District Judge

**RE: Victim Impact Statement**
    **Akayed Ullah**
    **Case Number 2017R01582 and Court Docket Number 18-CR-00016**

Dear Honorable Richard J. Sullivan,

My name is David Wall. I testified in your courtroom October 30, 2018 in the case of United States v. Defendant(s) Akayed Ullah. I respectfully present my Victim Impact Statement to be read at sentencing.

Monday December 11, 2018 started as another mundane work day. The same commute for ten years. Early morning buses to the Port Authority, down three levels to the subway, pay the toll then walk the tunnel to the train. However this day, traversing the tunnel changed my life forever.

Upon entering the underground walkway I noticed what seemed to be a homeless man, dressed in a bulky vest walking at a slower pace than me and my fellow commuters. When I was abreast of this person, I looked and saw it was a man with a beard. I uttered a brief prayer for him for only God can help the homeless in this system.

After taking a few steps past this man I heard the loudest explosion off my life. The power of the blast pushed me forward. Hours later, in the hospital emergency room, it was explained to me that I suffered a severe concussion from the explosive waves and suffered from shock. My instincts had me turn back to the source of the explosion. I saw the homeless man on the ground enveloped in a cloud of smoke. Thinking a steam pipe had broken, I went to care for the man. Approaching him, the smell of gunpowder in the cloud of smoke made me turn and flee.

After being interviewed in the emergency room by the FBI and other government agencies, it was explained to me that the homeless man was in fact a suicide bomber that ignited only one of several bombs strapped to his body. The shock of being the target of a hate attack put me in emotional shock that devastated me for months and unfortunately is a permanent part of my personality.

1

My wife and children were together viewing the televised news of the bombing when a video came on screen clearly showing me close to the explosion. Two and a half years prior we had lost our son and brother. The reality of my family losing another member shook them and was a painful thought that haunted me for months.

The question as to why this individual wanted to end my life was paramount in my thinking and the subject of my therapy. Only after viewing the video in the witness stand next to Honorable Richard J. Sullivan did I clearly come to terms with the answer. I can only imagine the intricate planning required detonating a bomb in the most populous pedestrian commuting area in New York City. Purchasing the supplies carefully so as not to be caught. Building each explosive device with shrapnel (like what burned into my leg). Constructing a vest to not only carry the deadly bombs but also to conceal them. Wiring each bomb, walking with them strapped to the body to a prime location. So many details, so much work and so much dedication to kill people.

The answer as to "why me" became clear when I viewed the video of the bombing in the witness stand. When I walked past the bomber, I was the only Caucasian in his view. His motivation of hatred was focused on a white American. That is why in my mind he attempted to kill me.

My life was permanently changed from that hateful vicious act in the subway. One dramatic change is my hearing. My hearing is seventy percent damaged as a result of the explosion that was intended to eliminate my life. Certain pitches of sound no longer exist in my hearing. A constant high pitched ringing (tinnitus) in both my ears is something I suffer with and will endure always. Every single morning I wake up to the painful ringing in my ears, and the need to insert hearing aids to diminish the noise, brings to mind how my hearing was damaged. Without hearing aids I cannot hear my youngest daughter's voice. Her voice tone was removed from my hearing by the blast. What I do hear with hearing aids is poor quality sound. For example, when my oldest daughter plays piano for me, it sounds like a 1920's recording of music. The notes are discernible but not musical. To have my hearing damaged by the terrorist bomber pains me every day of my life.

Another painful life altering situation, from the well planned act of terrorism, is enduring anxiety. Anxiety, with its tightness of chest, increased heart rate, shortness of breath and skyrocket blood pressure is present whenever I use the subway system. The New York City Transit Police provided support, as they escorted me through the pedestrian walkway for my first journey after the bomb. I cried and shook the entire length of the walk. Passing the area of the bomb explosion on my daily commute brings back to mind an end of life experience. This is always an emotionally painful experience that hasn't diminished with time.

Paying the fare to enter the subway system triggers my anxiety. Traveling crowded subway trains increases my anxiety. At times I leave the subway system abruptly, because my heart is racing and I just can't breathe. I exit long before my destination to go above ground to catch my breath and slow down my heart. Never am I

2

relaxed on mass transit any more. My eyes constantly rove around my fellow passengers looking for a person carrying a bomb. My anxiety is stimulated in crowds. Even when I attend my religious meetings, at times I leave before the meeting ends. Due to my increased anxiety level, I can't be around a congregated group of people, people I love. This brings me a feeling of being a victim of an attack by a vicious person who intended to kill me.

This acquired anxiety exhausts me. Returning home after a day of traveling on the subway, at times I find it impossible to communicate with my family and often times I go directly to bed. This has greatly affected negatively the time I spend with my family and enjoying life.

Yes, the bomb from a man with hatred and with a desire to kill as many innocent people as possible has caused me pain and has affected my quality of life. Emotionally and mentally I struggle daily with this near death experience. But I refuse to let it define me as a person. The support and love of my family encourages me to view life as a gift. I am overwhelmed by the concern, assistance and compassion extended to me and my family from every single government person we came into contact with. I am very indebted to each agency, the FBI, Homeland Security, NYC Transit police, Lower Manhattan Detectives, The Department of Justice, New York State Office of Victim Services and my therapist for their relentless kindness in assisting me to move on with my life. Also Your Honor I want to thank you for giving me the best cold water I ever enjoyed that assisted me to give my testimony in your courtroom.

Concerning what sentence is merited for an individual who was inspired by malicious hatred to murder people different from him, I am unqualified. I have no hatred towards this individual. I feel pity for him. He chose a life that is defined by venomous hatred that has left his wife a widow and his children without a father. He owns all the hatred in this event. I capitulate to your wisdom and experience Your Honor to impart the proper sentence for this zealot of hate in order to prevent him from killing, or maiming (as he has done to me) another person, ever.

Thank you for allowing me to present this Victim Impact Statement.

Sincerely,

David K. Wall

3

Buen dia,


Mi nombre es Veronica Chávez y les quiero comentar que a mi se me hace aun difícil de recordar el momento en que mi vida cambio por causa de Akayed Ullah. En esa mañana el 12 de Diciembre del año 2017 a las 7:20 escuché y sentí una explosión que luego me enteré que fue provocada por un muchacho que quería dañar a mucha gente. Mi vida a cambiado mucho desde ese momento ya no trabajo porque perdí mi empleo por mis nervios alterados por tener que tomar el mismo tren, caminar el mismo túnel ya no podía hacerlo. Hasta ahora e ido con un terapista por el mismo trauma. Yo por causa de perder mi trabajo me ha sido difícil mantener la casa tengo 2 hijos que en ese día podían haber perdido a su madre. En cierta manera si me perdieron porque al escuchar un ruido fuerte me pongo mal, me alteró y no he podido escuchar bien desde de el día en que fui víctima de el ataque de la bomba de tubo que el acusado llevaba puesto. Mi doctor dise que tal vez nunca escuchare igual que antes.  Ahora me e convertido en una home health aide. Cuando  me llamaron para compartir mi testimonio me puse mal al recordar ese día. Me tomó tiempo después de la llamada para componerme y continuar con mi trabajo.. Espero que el acusado pague un largo tiempo por el crimen que ha realizado hace nosotros. Gracias por su tiempo.


Atentamente


Veronica Chávez

<u>TRANSLATION</u>

Hello,

My name is Veronica Chavez and I want to tell you that it is still hard for me to think back about that moment in my life and how my life changed because of Akayed Ullah. On the morning of December 12, 2017 at 7:20, I heard and felt an explosion that I found out later on was caused by a young guy who wanted to hurt a lot of people. My life has changed so much since then. I don't work anymore because I lost my job because my nerves were frayed because I had to take the same train, walk through the same passageway-- I couldn't do that anymore. I even see a therapist these days because of this same trauma. Because I lost my job, it has been hard for me to support my two children, who could have lost their mother that day. In a certain sense, they did lose their mother because whenever I hear a loud noise, I feel sick all over, I get upset and my hearing isn't that good ever since that day of the pipe bomb attack that the defendant was wearing on his person. My doctor says that I may never hear as well as I used to. Now I work as a home health aide. When I got the call to give testimony, I felt sick all over just by thinking about that day.  It took me a long while to get myself back together after that call and continue at my job.  I hope that the defendant gets a long time for the violent crime that he committed against us. Thank you for your time.

Sincerely yours,

Veronica Chavez

[Translator's Note: there were errors in spelling and punctuation in the original letter and it has been translated into standard English for purposes of legibility.]

CERTIFICATE OF ACCURACY

I, Elizabeth Caruso, having been certified by the Office of Administration of the United States Courts as a Spanish/English interpreter, have prepared this translation from the Spanish to the English.  It is a true and accurate translation to the best of my ability.

Date:    March 17, 2021

*/s/ Elizabeth Caruso*

Elizabeth Caruso